IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY** | : : : | **CIVIL ACTION NO. 23-1703** |
| v. | : : | |
| **JOSEPH O'BOYLE** | : | |

## ORDER

This 13th day of December, 2023, it is hereby **ORDERED** that Plaintiff State Farm's Motion for Judgment on the Pleadings (ECF 15) is **GRANTED**. In accordance with the reasoning set forth in the accompanying memorandum, the Court hereby **DECLARES** that Plaintiff State Farm Fire and Casualty Company has no contractual obligation to indemnify or defend Joseph O'Boyle in *Barbara Sowa, as the Administrator of the Estate of James Sowa v. Joseph O'Boyle, et al.*, Philadelphia County Court of Common Pleas Nov. Term, 2022, No. 000440.

/s/ Gerald Austin McHugh
United States District Judge